UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Emily Worth, | Case No. 21-CV-975 (KMM/JFD) |
| Plaintiff, | |
| v. | |
| Life Insurance Company of North America, | ORDER OF DISMISSAL |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice filed on May 25, 2022 (ECF No. 25), IT IS HEREBY ORDERED that this action is dismissed with prejudice and on the merits and without costs, disbursements, or attorneys' fees to any party.

Date: May 25, 2022

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge